■ In the Matter of 800 SOUND BEACH CORP., Appellant, v DAVID S. STEINMETZ et al., Respondents, and McCARTHY, FINGAR, DONOVAN, & DRAZEN et al., Respondents. [639 NYS2d 956]

Pursuant to CPLR 5225, the petitioner was required to show that its rights to the disputed funds were superior to the rights

of the respondent McCarthy, Fingar, Donovan & Drazen, Esqs. Because the petitioner failed to carry its burden, the Supreme Court correctly dismissed the petition.

The petitioner's remaining contentions are without merit. Miller, J. P., Hart, Friedmann and Florio, JJ., concur.